1  Matthew E. Farmer, Bar No. 190484
   mfarmer@littler.com
2  LITTLER MENDELSON P.C.
   18565 Jamboree Road, Suite 800
3  Irvine, California 92612
   Telephone: 949.705.3000
4  Fax No.:    949.724.1201

5  Attorneys for Defendants
   VELOCITY RAIL SOLUTIONS, INC.; A.
6  STUCKI COMPANY

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  WILLIAM IRVIN, individually, on behalf of all others similarly situated, and as representative of other aggrieved employees,<br><br>Plaintiff,<br><br>v.<br><br>VELOCITY RAIL SOLUTIONS, INC., a Utah corporation; A. STUCKI COMPANY; a Pennsylvania corporation; and DOES 1 through 250, inclusive,<br><br>Defendants. | Case No. CV 21-6733-GW-GJSx<br><br>**ORDER RE: STIPULATION TO DISMISS ACTION PURSUANT TO RULE 41(a)(1)(A)(ii)**<br><br>Action filed in State Court: June 8, 2021 Los Angeles County Superior Case No. 21STCV21463 |

LITTLER MENDELSON P.C.
18565 Jamboree Road
Suite 800
Irvine  CA  92612
949.705.3000

[PROPOSED] ORDER RE: STIP TO
DISMISS ACTION PER TO RULE 41(A)(1)

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Having reviewed the Stipulation to Dismiss Action Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure submitted by the parties herein, the court finds good cause to dismiss, with prejudice, this action in its entirety and all causes of action.  Each party shall bear his/its own fees and costs in connection with the proceedings before this Court.

IT IS SO ORDERED.

Dated: March 14, 2022

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE

4860-5464-5268.1 / 102622-1004

LITTLER MENDELSON P.C.
18565 Jamboree Road
Suite 800
Irvine  CA  92612
949.705.3000

2

[PROPOSED] ORDER RE: STIP TO DISMISS ACTION PER TO RULE 41(A)(1)